899-9

DeORCHIS, WIENER & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Plaintiff
PAKRI TANKERS OU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PAKRI TANKERS OU,

                    Plaintiff,

          vs.

BALTIC HYDROCARBONS LIMITED, BALTIC
PETROLEUM LTD. AND BALTIC OIL
TERMINAL PLC,

                    Defendants.
-------------------------------------------------------------X

07 Civ. 10938 (LBS)

FED. R. CIV. P.
7.1 CERTIFICATION

      Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Plaintiff Pakri Tankers OU certifies upon information and belief that Plaintiff has no parent corporation and no publicly held corporation owns 10% or more of its stock.

                            DeORCHIS, WIENER & PARTNERS, LLP
                            Attorneys for Plaintiff
                            PAKRI TANKERS OU

                            By: _____
                            Christopher H. Mansuy
                            61 Broadway, 26th Floor
                            New York, New York 10006-2802
                            (212) 344-4700