BLANK ROME LLP
Attorneys for Defendants
BALTIC HYDROCARBONS LIMITED,
BALTIC PETROLEUM LTD. and
BALTIC OIL TERMINAL PLC
LeRoy Lambert (LL-3519)
The Chrysler Building
405 Lexington Avenue
New York, NY  10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAKRI TANKERS OU,<br><br>                    Plaintiff,<br><br>         -against-<br><br>BALTIC HYDROCARBONS LIMITED,<br>BALTIC PETROLEUM LTD. and BALTIC<br>OIL TERMINAL PLC,<br><br>                    Defendants. | 07 Civ. 10938 ( LBS)<br><br>**Rule 7.1 Statement** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel appearing specially herein for Defendants, BALTIC OIL TERMINAL PLC, BALTIC HYDROCARBONS LIMITED and BALTIC PETROLEUM LTD. ("Defendants"), certifies that Defendant BALTIC OIL TERMINAL PLC is a publicly held corporation whose shares are traded on AIM of the London Stock Exchange and is the parent of Defendants BALTIC HYDROCARBONS LIMITED and BALTIC PETROLEUM LTD.

Dated:     New York, New York
           January 9, 2008

                                                    BLANK ROME LLP
                                                    Attorneys for Defendants

                                              By    _____
                                                    LeRoy Lambert (LL 3519)
                                                    The Chrysler Building
                                                    405 Lexington Avenue
                                                    New York, NY  10174-0208
                                                    Tel.: (212) 885-5000

128966.00601/6604040v.1