BLANK ROME LLP
Attorneys for Defendants
BALTIC HYDROCARBONS LIMITED,
BALTIC PETROLEUM LTD. and
BALTIC OIL TERMINAL PLC
LeRoy Lambert (LL-3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAKRI TANKERS OU,<br><br>                    Plaintiff,<br><br>-against-<br><br>BALTIC HYDROCARBONS LIMITED,<br>BALTIC PETROLEUM LTD. and BALTIC<br>OIL TERMINAL PLC,<br><br>                    Defendants. | 07 Civ. 10938 (LBS)<br><br>**NOTICE OF**<br>**RESTRICTED APPEARANCE** |

Pursuant to Supplemental Rule E(8) for Admiralty or Maritime Claims and Asset Forfeiture Claims, Defendants, BALTIC HYDROCARBONS LIMITED, BALTIC PETROLEUM LTD. and BALTIC OIL TERMINAL PLC, appear specially herein.

Dated:     New York, New York
           January 9, 2008

                              BLANK ROME LLP
                              Attorneys for Defendants

                              By _____
                              LeRoy Lambert (LL 3519)
                              The Chrysler Building
                              405 Lexington Avenue
                              New York, NY 10174-0208
                              Tel.: (212) 885-5000

128966.00601/6604044v.1