01/09/2008    14:37

Jan. 9. 2008 12:20PM    DeORCHIS & PARTNERS, LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-10-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

PAKRI TANKERS OU,

                                    Plaintiff,                           07 Civ. 10938(LBS)

                    vs.

BALTIC HYDROCARBONS LIMITED, BALTIC            STIPULATING AND ORDER
PETROLEUM LTD. AND BALTIC OIL                  DIRECTING RELEASE OF FUNDS
TERMINAL PLC.                                  AND DISMISSAL OF ACTION

                                    Defendants.
---------------------------------------------------X

        WHEREAS the Plaintiff Pakri Tankers OU and the Defendants Baltic Hydrocarbon,

Baltic Petroleum Ltd. and Baltic Oil Terminal PLC hereby represent to the Court that the claim

set forth in the Verified Complaint has been settled and,

        WHEREAS the parties have agreed to the disbursal of funds held by the Bank of New

York and JP Morgan Chase Bank pursuant to Process of Maritime Attachment and

Garnishment issued in this matter,

        IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the

Defendants, through their attorneys, as follows:

        1.      Garnishee Bank of New York Mellon shall release the $120,000 belonging to

                Baltic Oil Terminals PLC detained on December 13, 2007 and wire transfer the

                funds as follows:

                        IBAN:           EE 7122 0022 1028 048 263
                        S.W.I.F.T.:     HABAEE2X
                        Bank:           Hansapank
                        Address:        Livalaia 8, 15040 Tallinn, Estonia

        2.      As to the US$115,000 belonging to Baltic Hydrocarbons Ltd. detained on

                December 27, 2007 Garnishee JP Morgan Chase shall release and transfer as

                follows:

01/09/2008   14:37                                          NO.690   

Jan. 9. 2008 12:20PM   DeORCHIS & PARTNERS, LLP                 No.3001   P. 3

(a)    Wire Transfer $80,000 to:

IBAN:        EE 7122 0022 1028 048 263
S.W.I.F.T.:  HABAEE2X
Bank:        Hansapank
Address:     Livalaia 8, 15040 Tallinn, Estonia

and

(b)    Wire transfer the remaining $35,000 to the original intended beneficiary,

Baltic Hydrocarbons Ltd. at BNP Pariba as described in the original

remittance.

IT IS FURTHER STIPULATED AND AGREED that upon release of all Defendants'

funds by garnishee banks Bank of New York Mellon and JP Morgan Chase Bank in accordance

with this Order, this action shall be dismissed with prejudice and without costs to any party.

Dated:  New York, New York
        January     , 2008

DEORCHIS & PARTNERS, LLP               BLANK ROME, LLP
Attorneys for Plaintiff                Attorneys for Defendants
PAKRI TANKERS OU                       BALTIC HYDROCARBONS LIMITED,
                                       BALTIC PETROLEUM LTD. AND
                                       BALTIC OIL TERMINAL PLC,

By: _____          By: _____
    Christopher H. Mansuy                  LeRoy Lambert
    61 Broadway, 26ᵗʰ Floor                The Chrysler Building
    New York, New York 10006               405 Lexington Avenue
    Tel.: 212-344-4700                      New York, New York 10174
    Fax: 212-422-5299                       Tel.:  212-885-5148
                                           Fax.:  917-332-3838

SO ORDERED:

_____
        U.S.D.J.   1/10/09

W:1800-PLegals\Stip&Order Releasing Funds&D\antal, 010808, Clim.Doc 1/8/08-hc

2