899-9

**DEORCHIS, WIENER & PARTNERS, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Plaintiff
PAKRI TANKERS OU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

PAKRI TANKERS OU,

                Plaintiff,

         vs.

BALTIC HYDROCARBONS LIMITED, BALTIC
PETROLEUM LTD. AND BALTIC OIL
TERMINAL PLC,

                Defendants.
-------------------------------------------------------X

07 Civ.    (  )

**ORDER APPOINTING
SPECIAL PROCESS SERVER
TO SERVE *EX PARTE*
ORDER OF PROCESS OF
MARITIME ATTACHMENT**

An application having been made by counsel for Plaintiff for an Order Appointing a

Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

    **NOW,** good cause having been shown, it is hereby

    **ORDERED,** that Christopher H. Mansuy, or any partner, associate, agent or paralegal

of DeOrchis, Wiener & Partners, LLP be and is hereby appointed, in addition to the United

States Marshal, to serve the Process of Maritime Attachment and Garnishment pursuant to

Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the

Federal Rules and Civil Procedure upon any garnishee(s) who may hold assets for, or on

account of, defendant, and the Order of Maritime Attachment and Information Subpoena may

MICROFILMED
DEC - 3 2007 ⌐5 PM

be served by way of facsimile or email transmission as provided by the Ex Parte Order for

Process of Maritime Attachment.

Dated:  New York, New York
       November **30**, 2007

_John F. Keenan_
                **U.S.D.J.**

Part I